Opinion issued April 17, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00498-CV

____________


CVS PHARMACY, INC. AND ANGELIQUE NORRIS, Appellants


V.


LEAH FISCHER CAIN, Appellee






On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2006-66666






MEMORANDUM OPINION

 Appellants, CVS Pharmacy, Inc. and Angelique Norris, have filed an
unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.